■ GAIL ANDERSON, as Administratrix of the Estate of CARL E. ANDERSON, Deceased, Appellant, v MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY et al., Respondents. (Appeal No. 2.) — Order unanimously affirmed for the reasons stated in the memorandum at Special Term, Lynch, J. (Appeal from order of Onondaga Supreme Court — renew motion.) Present — Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.